

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
   Plaintiff,

v.            Case No. 06-C-0715

MANAGEMENT HOSPITALITY OF
RACINE, INC., et al.,
   Defendants.

---

## SPECIAL VERDICT

**QUESTION NO. 1**: Place a check mark in the appropriate place.

On the claim of the Plaintiff EEOC on behalf of Katrina Shisler for sexual harassment, we the jury find in favor of:

Plaintiff   ✓

Defendants   _____

**QUESTION NO. 2**: Place a check mark in the appropriate place.

On the claim of the Plaintiff EEOC on behalf of Katrina Shisler for retaliation, we the jury find in favor of:

Plaintiff   _____

Defendants   ✓

Continue on the following page.

**QUESTION NO. 3**: Complete the following paragraph if and only if you found in favor of the Plaintiff EEOC in responses to Questions No. 1 or 2 (or both).

We the jury assess the amount of compensatory damages for Katrina Shisler as $ 1,000.00 (state the amount, or if none, state "none").

**QUESTION NO. 4**: Answer the following question if and only if you found in favor of the Plaintiff EEOC in response to Questions No. 1 or 2 (or both).

Did the defendants act in willful or reckless disregard of Katrina Shisler's federally protected rights?

ANSWER: ___ Yes ✓ No

**QUESTION NO. 5**: Answer the following question if and only if you answered "yes" to Question No. 4.

What amount of punitive damages do you assess against defendants for their conduct in regard to Katrina Shisler?

ANSWER: $_____

Continue on the following page.

**QUESTION NO. 6**: Place a check mark in the appropriate place.

On the claim of the Plaintiff EEOC on behalf of Michelle Powell for sexual harassment, we the jury find in favor of:

Plaintiff ✓

Defendants _____

**QUESTION NO. 7**: Complete the following paragraph if and only if you found in favor of the Plaintiff EEOC in responses to Question No. 6.

We the jury assess the amount of compensatory damages for Michelle Powell as $ 4,000.00 (state the amount, or if none, state "none").

**QUESTION NO. 8**: Answer the following question if and only if you found in favor of the Plaintiff EEOC in response to Question No. 6.

Did the defendants act in willful or reckless disregard of Michelle Powell's federally protected rights?

ANSWER: ✓ Yes ___ No

**QUESTION NO. 9**: Answer the following question if and only if you answered "yes" to Question No. 8.

What amount of punitive damages do you assess against defendants for their conduct in regard to Michelle Powell?

ANSWER: $ 100,000.00

Once this form has been completed, the foreperson of the Jury should sign the verdict below and return it to the court.

[signature redacted]

FOREPERSON OF THE JURY