# INVOICE



GRAMANN
REPORTING

710 North Plankinton Ave.
Suite 710
Milwaukee, WI 53203
Phone: 414.272.7878
Fax: 414.272.1806

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 156529 | 5/14/2007 | 77924 |
| Job Date | Case No. | |
| 5/3/2007 | 06C0715 | |
| Case Name | | |
| EEOC v. IHOP | | |
| Payment Terms | | |
| Due upon receipt | | |

Mr. Brian C. Tyndall
U.S. Equal Employment Opportunity Commission
310 West Wisconsin Avenue
Suite 800
Milwaukee WI 53203-2292

PO#: 7FPCHI0067

| ORIGINAL AND 1 COPY OF THE TRANSCRIPT OF: | | |
|---|---|---|
| Salauddin JanMohammed | 190.00 Pages | 693.50 |
| Full Day Appearance | | 100.00 |
| Exhibit Copies | 154.00 Pages | 38.50 |
| Min-U-Script (1A) | 190.00 Pages | 19.00 |
| Errata Request | | 15.00 |
| Courier & Handling | | ~~17.00~~ |
| | TOTAL DUE >>> | $883.00 |
| | AFTER 6/23/2007 PAY | $927.15 |

Complimentary Summation ASCII file emailed on 5/14/07.
ASCII disk provided at no charge.]
Additional courier charge is for later delivery of Original of both Salauddin and Victoria Mohammed.
**Original transcript will be sent after reading & signing is completed.**

Your business is appreciated! Thank you.

| (-) Payments/Credits: | 883.00 |
|---|---|
| (+) Finance Charges/Debits: | 44.15 |
| (=) New Balance: | $0.00 |

Tax ID: 39-1582838

883.00
- 17.00
―――――
866.00

Please detach bottom portion and return with payment.

Mr. Brian C. Tyndall
U.S. Equal Employment Opportunity Commission
310 West Wisconsin Avenue
Suite 800
Milwaukee WI 53203-2292

Invoice No.   : 156529
Invoice Date  : 5/14/2007
Total Due     : $ 0.00

Job No.       : 77924

# INVOICE

**GRAMANN REPORTING**
710 North Plankinton Ave.
Suite 710
Milwaukee, WI 53203
PHONE: 414.272.7878
FAX: 414.272.1806

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 156531 | 5/14/2007 | 77925 |
| Job Date | Case No. | |
| 5/4/2007 | 06C0715 | |

**Case Name**
EEOC v. IHOP

**Payment Terms**
Due upon receipt

Mr. Brian C. Tyndall
U.S. Equal Employment Opportunity Commission
310 West Wisconsin Avenue
Suite 800
Milwaukee WI 53203-2292

PO#: 7FPCHI0067

| ORIGINAL AND 1 COPY OF THE TRANSCRIPT OF: | | |
|---|---|---|
| Victoria JanMohammed | 249.00 Pages | 908.85 |
| Full Day Appearance | | 100.00 |
| Exhibit Copies | 123.00 Pages | 30.75 |
| Min-U-Script (IA) | 249.00 Pages | 24.90 |
| Errata Request | | 15.00 |
| TOTAL DUE >>> | | $1,079.50 |
| AFTER 6/23/2007 PAY | | $1,133.48 |

Complimentary Summation file emailed on 5/14/07.
ASCII disk provided at no charge.

Originals will be sent after witness signature process is completed.
Courier charge included on invoice #156529.

Your business is appreciated! Thank you.

| (-) Payments/Credits: | 1,079.50 |
|---|---|
| (+) Finance Charges/Debits: | 53.98 |
| (=) New Balance: | $0.00 |

Tax ID: 39-1582838

*Please detach bottom portion and return with payment.*

Mr. Brian C. Tyndall
U.S. Equal Employment Opportunity Commission
310 West Wisconsin Avenue
Suite 800
Milwaukee WI 53203-2292

Invoice No.   : 156531
Invoice Date  : 5/14/2007
Total Due     : $ 0.00

Remit To: Gramann Reporting, Ltd.
710 North Plankinton
Suite 710
Milwaukee WI 53203

Job No.    : 77925
BU ID      : 1-MAIN
Case No.   : 06C0715
Case Name  : EEOC v. IHOP

Invoice No. **16954**

08/17/2007

**Brian C. Tyndall**
EEOC, Attorney at Law
310 West Wisconsin Avenue, Suite 800
Milwaukee, WI 53203-2292

**MAGNE.SCRIPT**

PO#: FPCHI08069

Video Deposition of
Michelle Powell

IMAGEFILENAME

Recorded 08/07/2007
in Milwaukee, WI

268 minute video
228 page transcript

EEOC v. Management Hospitality
06-C-715
Eastern District

| | |
|---|---|
| Copy - 228 pages | 456.00 |
| DVD Video | 50.00 |
| Delivery | ~~7.50~~ |
| B/W exhibits - 5 pages | 1.25 |

Total: **$514.75**      Standard and condensed transcript with
Items delivered:   − 7.50    concordance index. E-transcript.
             $507.25

Please note Invoice # 16954 on your remittance.

Federal Tax ID No. 39-1418052

**Magne-Script Video
Court Reporting**
2204 W. Kenboern Dr.
Glendale, WI 53209
Voice: 414-352-5450
Fax: 414-352-5431
Email: Magne-Script@Hotmail.com

Invoice No. 16962
08/23/2007

**Brian C. Tyndall**
EEOC, Attorney at Law
310 West Wisconsin Avenue, Suite 800
Milwaukee, WI 53203-2292


**MAGNE.SCRIPT**

Po#: FTCHI08069

Video Deposition of
Katrina Shisler

IMAGEFILENAME

Recorded 08/08/2007
in New Berlin, WI

402 minute video
387 page transcript

EEOC v. Management Hospitality
06-C-715
Eastern District

| | | |
|---|---|---|
| Copy - 387 pages | 774.00 | |
| DVD Video | 80.00 | |
| Delivery | ~~7.50~~ | |
| B/W exhibits - 42 pages | 10.50 | |
| Total: | **$872.00** | Standard and condensed transcript with |
| Items delivered: | - 7.50 | concordance index. E-transcript. |
| | $864.50 | |

Please note Invoice # 16962 on your remittance.

Federal Tax ID No. 39-1418052

**Magne-Script Video
Court Reporting**
2204 W. Kenboern Dr.
Glendale, WI 53209
Voice: 414-352-5450
Fax: 414-352-5431
Email: Magne-Script@Hotmail.com

# INVOICE



**GRAMANN REPORTING**

710 North Plankinton Ave.
Suite 710
Milwaukee, WI 53203
Phone: 414.272.7878
Fax: 414.272.1806

Mr. Brian C. Tyndall
U.S. Equal Employment Opportunity Commission
310 West Wisconsin Avenue
Suite 800
Milwaukee WI 53203-2292

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 159728 | 9/24/2007 | 80028 |
| Job Date | Case No. | |
| 9/13/2007 | 06C0715 | |
| Case Name | | |
| EEOC v. IHOP | | |
| Payment Terms | | |
| Due upon receipt | | |

PO# 7FPCHI0067

| ORIGINAL AND 1 COPY OF TRANSCRIPT OF: | | |
|---|---|---|
| Rosalio Gutierrez | 281.00 Pages | 1,025.65 |
| Full Day Appearance | | 100.00 |
| Exhibit Copies | 7.00 Pages | 1.75 |
| Min-U-Script | | 28.10 |
| Courier & Handling | | ~~9.00~~ |
| | TOTAL DUE >>> | $1,164.50 |
| | AFTER 11/3/2007 PAY | $1,222.73 |

Complimentary TEXT and PDF files e-mailed on the date of this invoice.

Gramann Reporting celebrates our 25th anniversary: 1982-2007!
Thank you for helping to make this possible!.

| (-) Payments/Credits: | 1,164.50 |
|---|---|
| (+) Finance Charges/Debits: | 58.23 |
| (=) New Balance: | $0.00 |

Tax ID: 39-1582838

*Please detach bottom portion and return with payment.*

1,164.50
− 9.00
$1,155.50

Mr. Brian C. Tyndall
U.S. Equal Employment Opportunity Commission
310 West Wisconsin Avenue
Suite 800
Milwaukee WI 53203-2292

Invoice No. : 159728
Invoice Date : 9/24/2007
Total Due : $ 0.00

Remit To: Gramann Reporting, Ltd.
710 North Plankinton
Suite 710
Milwaukee WI 53203

Job No. : 80028
BU ID : 1-MAIN
Case No. : 06C0715
Case Name : EEOC v. IHOP

# INVOICE



**GRAMANN REPORTING**

710 North Plankinton Ave
Suite 710
Milwaukee, WI 53203
Phone: 414.272.7878
Fax: 414.272.1806

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 160485 | 10/30/2007 | 80568 |
| Job Date | Case No. | |
| 10/17/2007 | 06C0715 | |
| Case Name | | |
| EEOC v. IHOP | | |
| Payment Terms | | |
| Due upon receipt | | |

Mr. Brian C. Tyndall
Equal Employment Opportunity Commission
310 West Wisconsin Avenue
Suite 800
Milwaukee, WI 53203-2292

fO# EECHI8011

| ORIGINAL AND 1 COPY OF TRANSCRIPT OF: | | |
|---|---|---|
| Steve L. Smith | 300.00 Pages | 1,095.00 |
| Full Day Appearance | | 100.00 |
| Exhibit Copies | 105.00 Pages | 26.25 |
| Min-U-Script | | 30.00 |
| Courier & Handling | | ~~9.00~~ |
| | TOTAL DUE >>> | $1,260.25 |
| | AFTER 12/9/2007 PAY | $1,323.26 |

Complimentary TEXT and PDF files e-mailed on 10/29/07.

Gramann Reporting celebrates our 25th anniversary: 1982-2007!
Thank you for helping to make this possible!

```
1,260.25
-  9.00
$1,251.25
```

Tax ID: 39-1582838

*Please detach bottom portion and return with payment.*

Mr. Brian C. Tyndall
Equal Employment Opportunity Commission
310 West Wisconsin Avenue
Suite 800
Milwaukee, WI 53203-2292

Invoice No.  : 160485
Invoice Date : 10/30/2007
**Total Due  : $ 1,260.25**
AFTER 12/9/2007 PAY $1,323.26

Remit To: Gramann Reporting, Ltd.
710 North Plankinton
Suite 710
Milwaukee, WI 53203

Job No.   : 80568
BU ID     : 1-MAIN
Case No.  : 06C0715
Case Name : EEOC v. IHOP

**Invoice No. 17142**
1/9/2008


MAGNE.SCRIPT

Brian C. Tyndall
EEOC, Attorney at Law
310 West Wisconsin Avenue, Suite 800
Milwaukee, WI 53203-2292

PO#: FPCHI08069

Videotape Deposition of
Timothy Caufield

Recorded 12/05/2007
in Burlington, WI

174 minute videotape
141 page transcript

EEOC v. Management Hospitality
06-C-715
Eastern District

| | |
|---|---|
| Copy - 141 pages | 289.05 |
| E-transcript | 0.00 |
| DVD video | 40.00 |
| Delivery | ~~7.50~~ |
| 73 exhibit pages | 18.25 |
| Total | **$354.80** |

$354.80
− 7.50
$347.30

Special Notes: Standard and condensed transcript with concordance index,

Please note Invoice No. 17142 on your remittance
Federal Tax I.D. No. 39-1418052

Video Court Reporting

2204 West Kenboern Drive, Glendale, WI 53209
voice: 414.352.5450 fax: 414.352.5431

# INVOICE


**GRAMANN**
REPORTING

918 North Plankinton Ave.
Suite 710
Milwaukee, WI 53203
Phone: 414.272.7878
Fax: 414.272.1806

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 161963 | 1/9/2008 | 81394 |
| Job Date | Case No. | |
| 1/4/2008 | 06C0715 | |

**Case Name**

EEOC v. IHOP

**Payment Terms**

Due upon receipt

Mr. Brian C. Tyndall
Equal Employment Opportunity Commission
310 West Wisconsin Avenue
Suite 800
Milwaukee, WI 53203-2292

PO#: 22CCHI8011

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:
  Nadia DelRio                                  185.00 Pages            675.25
    Full Day Appearance                                                 100.00
    Min-U-Script                                 185.00 Pages            18.50
    Courier & Handling                                                   -9.00-

                                          TOTAL DUE >>>                $802.75
                                          AFTER 2/18/2008 PAY          $842.89

Complimentary TEXT and PDF files e-mailed on the date of this invoice.
Disk provided at no charge.

Gramann Reporting celebrates our 25th anniversary: 1982-2007!
Thank you for helping to make this possible!

$ 802.75
- 9.00
$ 793.75

*Thank You*

WE SINCERELY APPRECIATE
YOUR BUSINESS!

Tax ID: 39-1582838

*Please detach bottom portion and return with payment.*

---

Mr. Brian C. Tyndall
Equal Employment Opportunity Commission
310 West Wisconsin Avenue
Suite 800
Milwaukee, WI 53203-2292

Invoice No.  : 161963
Invoice Date : 1/9/2008
**Total Due   : $ 802.75**
AFTER 2/18/2008 PAY $842.89

Remit To: Gramann Reporting, Ltd.
          710 North Plankinton
          Suite 710
          Milwaukee, WI 53203

Job No.   : 81394
BU ID     : 1-MAIN
Case No.  : 06C0715
Case Name : EEOC v. IHOP

Invoice No. 17216
01/25/2008


**MAGNE.SCRIPT**

Brian C. Tyndall
EEOC, Attorney at Law
310 West Wisconsin Avenue, Suite 800
Milwaukee, WI 53203-2292

P.O.#: FPCHI08069

Videotape Deposition of
Michelle Dahl

Recorded 01/09/2008
in New Berlin, WI

308 minute videotape
255 page transcript

EEOC v. Management Hospitality
06-C-715
Eastern District



| | |
|---|---|
| Copy - 255 pages | 535.50 |
| E-transcript | 0.00 |
| DVD video | 60.00 |
| Delivery | ~~7.50~~ |
| 11 exhibit pages | 2.75 |
| Total | **$605.75** |

$605.75
- 7.50
---------
$598.25

Special Notes: Standard and condensed transcript with concordance index.

Please note Invoice No. 17216 on your remittance
Federal Tax I.D. No. 39-1418052

**Video Court Reporting**

2204 West Kenboern Drive, Glendale, WI 53209
voice: 414.352.5450 fax: 414.352.5431

# INVOICE



710 North Plankinton Ave.
Suite 710
Milwaukee, WI 53203
Phone: 414.272.7878
Fax: 414.272.1806

GRAMANN
REPORTING

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 163969 | 4/22/2008 | 82976 |
| Job Date | Case No. | |
| 4/11/2008 | 06C0715 | |

**Case Name**

EEOC v. IHOP

**Payment Terms**

Due upon receipt

Mr. Brian C. Tyndall
U.S. Equal Employment Opportunity Commission
310 West Wisconsin Avenue
Suite 800
Milwaukee, WI 53203-2292

PO#: EEOCHI8011

| | | |
|---|---|---|
| ORIGINAL AND 1 COPY OF TRANSCRIPT OF: | | |
| Victoria Janmohammed | 99.00 Pages | 361.35 |
| ORIGINAL AND 1 COPY OF TRANSCRIPT OF: | | |
| Salauddin Janmohammed - Vol. II | 98.00 Pages | 357.70 |
| Full Day Appearance | | 100.00 |
| MinUscripts | | 20.00 |
| Waiting Time | | 45.00 |
| Courier & Handling | | ~~9.00~~ |
| | TOTAL DUE >>> | $893.05 |
| | AFTER 6/1/2008 PAY | $937.70 |

Complimentary TEXT and PDF files e-mailed on the date of this invoice.
ASCII disk provided at no extra charge.

Proudly serving the legal community since 1982!
Gramann Reporting appreciates your business. Thank you!

*Thank You*

WE SINCERELY APPRECIATE YOUR BUSINESS!

$893.05
- 9.00
$884.05

Tax ID: 39-1582838

*Please detach bottom portion and return with payment.*

---

Mr. Brian C. Tyndall
U.S. Equal Employment Opportunity Commission
310 West Wisconsin Avenue
Suite 800
Milwaukee, WI 53203-2292

Invoice No.  : 163969
Invoice Date : 4/22/2008
**Total Due** : **$ 893.05**
AFTER 6/1/2008 PAY $937.70

Remit To: Gramann Reporting, Ltd.
710 North Plankinton
Suite 710
Milwaukee, WI 53203

Job No.    : 82976
BU ID      : 1-MAIN
Case No.   : 06C0715
Case Name  : EEOC v. IHOP

Remit Payment to:
Compex Litigation Support, LLC
P.O. Box 2738
Torrance, CA 90509-2738

Federal Tax I.D. #: 20-2878700

Bill to: ACCOUNTS PAYABLE
EEOC
310 W. Wisconsin
Suite 800
MILWAUKEE, WI 53203


COMPEX
Litigation Support, LLC

Milwaukee, WI
Phone No: 414-278-8881
Fax No 414-278-8905
735 N. Water Street Suite M-175
Milwaukee, WI 53202
www.compexlit.com

Invoice #: ML04070361
Invoice Date: 4/24/2007

PO#: 7FPM126055

Ordered by: MARIE
EEOC
310 W. Wisconsin
Suite 800
MILWAUKEE, WI 53203

| Account # | Account Manager | Job # | Payment Terms | |
|---|---|---|---|---|
| EEEO02 | SCOTT STEINBAUER | MKE_04070339 | Net Thirty | Date of Loss |
| Client Matter | | Plaintiff | | |
| F. FARLEY V SALAK IHOP | | | | |

| Qty | Item Number | Description | Unit Price | Ext Price |
|---|---|---|---|---|
| 1,058 | Photocopies - Medium Litigation | | 0.1550 | 163.9900 |
| 2 | Photocopies - 11" x 17" | | 0.3500 | 0.7000 |
| 18 | Photocopies - Oversized B & W - Per Sq Foot | | 0.9500 | 17.1000 |
| 1,162 | Bates Labels - Produced & Aff. - AF to Med. Lit Orig. | | 0.0600 | 69.7200 |

tax exempt

| | | |
|---|---|---|
| **Please Pay From This Invoice** | Subtotal | 251.51 |
| This is the only invoice you will receive. It should be routed to your accounting department for payment. Remember to list invoice numbers on all checks. | Shipping | 0.00 |
| | Sales Tax | 14.10 |
| No Third Party Billing: | Total | 265.61 |

Signature: _____ Date: _____
Print Name: _____

Quantum LS LLC

626 N Broadway
Milwaukee, WI
53202
Tax ID# 20-8990717

# Invoice

| Date | Invoice # |
|---|---|
| 11/10/2009 | 0911077 |
| Job Number | 0911064 |

Phone # 414-727-4608  Fax # 414-727-4469

**Bill To**
Equal Employment Opportunity Commission
Reuss Federal Plaza
310 West Wisconsin Avenue, Suite 800
Milwaukee, WI 53203-2292

**Ship To**
Equal Employment Opportunity Commission
Reuss Federal Plaza
310 West Wisconsin Avenue, Suite 800
Milwaukee, WI 53203-2292

PO#: FPCHI 10014

| Matter Number | Terms | Rep | Ship | Ordered By | Project |
|---|---|---|---|---|---|
| I-Hop | Net 30 | JK | 11/10/2009 | Marie | |

| Quantity | Description | Price Each | Amount | |
|---|---|---|---|---|
| 6,140 | Copying and stapling tabs to copies/some in binders | 0.15 | 921.00T | |
| 840 | Index Tabs | 0.35 | 294.00T | |
| 20 | 1" Binder | 3.00 | 60.00T | |
| 6 ~~25~~ | B/W Print & Mount Each | 22.00 | ~~550.00T~~ 132.00 | |
| 20 | 2" Binders | 6.00 | 120.00T | |
| 1 | Hand time refilling inserting | 150.00 | 150.00T | |
| | Sales Tax | 0.00% | 0.00 | |

1 6 NOV 2009

pd

Service charge of 1.5% per month will be charged on all invoices unpaid after 60 days.

Thank you for your business.

Signature

Total ~~$1,875.00~~

$1,611.00

Quantum LS LLC

626 N Broadway
Milwaukee, WI
53202
Tax ID# 20-8990717

# Quantum LS LLC

# Invoice

| Phone # | Fax # | Date | Invoice # |
|---|---|---|---|
| 414-727-4606 | 414-727-4469 | 11/10/2009 | 911077 |
| | | Job Number | 0911064 |

**Bill To**
Equal Employment Opportunity Commission
Reuss Federal Plaza
310 West Wisconsin Avenue, Suite 800
Milwaukee, WI 53203-2292

**Ship To**
Equal Employment Opportunity Commission
Reuss Federal Plaza
310 West Wisconsin Avenue, Suite 800
Milwaukee, WI 53203-2292

P.o.#: FPCHI10014

| Matter Number | Terms | Rep | Ship | Ordered By | Project |
|---|---|---|---|---|---|
| I-Hop | Net 30 | JK | 11/10/2009 | Marie | |

| Quantity | Description | Price Each | Amount |
|---|---|---|---|
| 500 | Light Litigation | 0.10 | 50.00T |
| 180 | Index Tabs | 0.35 | 63.00T |
| 20 | 1 1/2 Binder | 3.00 | 60.00T |
| 15 | B/W Print & Mount Each | 22.00 | 330.00T |
| | Sales Tax | 0.00% | 0.00 |

Service charge of 1.5% per month will be charged on all invoices unpaid after 60 days.

Thank you for your business.

Signature

**Total** $503.00

Quantum LS LLC

626 N Broadway
Milwaukee, WI
53202
Tax ID# 20-8990717



# Invoice

| Date | Invoice # |
|---|---|
| 4/3/2008 | O840025 |
| Job Number | 0804021 |

| Phone # | Fax # |
|---|---|
| 414-7__08 | 414-727-4469 |

**Bill To**
Equal Employment Opportunity Commission
Reuss Federal Plaza
310 West Wisconsin Avenue, Suite 800
Milwaukee, WI 53203-2292

**Ship To**
Equal Employment Opportunity Commission
Reuss Federal Plaza
310 West Wisconsin Avenue, Suite 800
Milwaukee, WI 53203-2292

| Matter Number | Terms | Rep | Ship | Ordered By | Project |
|---|---|---|---|---|---|
| I-Hop | Net 30 | SS/DM | 4/3/2008 | Marie | |

| Quantity | Description | Price Each | Amount |
|---|---|---|---|
| 1,440 | Endorsement | 0.015 | 21.60 |
| 1,440 | 8 1/2 x 11 B/W Printing | 0.12 | 172.80 |
| | Sales Tax | 0.00% | 0.00 |

Service charge of 1.5% per month will be charged on all invoices unpaid after 60 days.

Thank you for your business.

**Signature**

**Total** $194.40



# Invoice

| Invoice Number: | 35756 |
|---|---|
| Date: | 3/26/2008 |
| Terms: Net 15 days | |
| Due Date: | 4/10/2008 |

60 E. Van Buren St. S-1502
Chicago, IL 60605
312-542-1300

Sold To:

Ms. Marie Chartier
US Equal Employment Opportunity
Commission
310 W. Wisconsin Ave.
S-800
Milwaukee, WI 53202-2218

PO#: FPCHI08076

Ordered By:

Client Reference: EEOC v. IHOP

Job Number: 308-327
Sales Rep: Juvenal Zamudio
Delivery Date: 3/13/2008

| Quantity | Description | Price Each | Amount |
|---|---|---|---|
| 5689 | Bates Labeling F 7000000-7005688 | 0.05 | $284.45 |
| 11278 | Litigation Copies 8 1/2 x 11 | 0.13 | $1,466.14 |
| 100 | 11x17 b/w copies | 0.3 | $30.00 |
| 1 | Shipping FedEx - Standard Overnight | ~~193.82~~ | ~~$193.82~~ |

$1,974.41
- 193.82
$1,780.59

Remit to:

Aloha Document Services, Inc.
60 E. Van Buren St. S-1502
Chicago, IL 60605
FEIN: 30-0059700
Credit cards accepted - please call 312-542-1300 for information.

| PAY THIS AMOUNT: | $1,974.41 |
|---|---|

Past due invoices are subject to 1.5% interest per month.

| Signature for acceptance of services represented by this invoice: | Date: |
|---|---|
| | |



# Invoice

| Invoice Number: | 36297 |
|---|---|
| Date: | 4/10/2008 |
| Terms: Net 15 days | |
| Due Date: | 4/25/2008 |

Aloha Document Services
60 E. Van Buren St. S-1502
Chicago, IL 60605
312-542-1300

Sold To:

Ms. Marie Chartier
US Equal Employment Opportunity
Commission
310 W. Wisconsin Ave.
S-800
Milwaukee, WI 53202-2218

PO#: FPCHI08076

Ordered By: Originals from Steven Rakowski
Client Reference: EEOC v. IHOP

Job Number: 408-280
Sales Rep: Juvenal Zamudio
Delivery Date: 4/9/2008

| Quantity | Description | Price Each | Amount |
|---|---|---|---|
| 343 | Bates Labeling 8000000-8000342 | 0.05 | $17.15 |
| 686 | Litigation Copies 8 1/2 x 11 | 0.13 | $89.18 |
| 1 | Shipping FedEx | ~~44.23~~ | ~~$44.23~~ |

$150.56
- 44.23
$106.33

Remit to:

Aloha Document Services, Inc.
60 E. Van Buren St. S-1502
Chicago, IL 60605
FEIN: 30-0059700
Credit cards accepted - please call 312-542-1300 for information.

| PAY THIS AMOUNT: | $150.56 |
|---|---|

*Past due invoices are subject to 1.5% interest per month.*

| Signature for acceptance of services represented by this invoice: | Date: |
|---|---|
| | |

AO 44 (Rev 04/09)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

## INVOICE

NUMBER

TO: Atty. Brian Tyndall
EEOC
310 W. Wisconsin Ave, #800
Milwaukee, WI 53203-2292

PHONE:
FAX:

MAKE CHECK PAYABLE TO:
Heidi J. Trapp, Court Reporter
c/o Chambers of Hon. Rudolph T. Randa
U.S. Courthouse, Rm. 310
517 E. Wisconsin Avenue

PHONE: Milwaukee, WI 53202

### TRANSCRIPTS

[ ] CRIMINAL  [ ] CIVIL   DATE ORDERED         DATE DELIVERED

IN THE MATTER OF (CASE NUMBER AND TITLE)
EEOC vs. MHR.  Case No. 06-C-715

PO#. FPCHI-10069

### CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | 326 | 3.65 | 1,189.90 | 455 | 0.90 | 409.50 | | | 0.00 | 1,599.40 |
| 14-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Expedited | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Daily | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

For proceedings on (Date):                                    TOTAL  1,599.40

Transcript of Jury Trial - Volume 1 (208 pgs. @ .90 pp); Volume 2 (312 pgs. @ 3.65 pp); Volume 3 (247 pgs. @ .90 pp); Volume 4 (14 pgs. @ 3.65 pp). The cost of the original ($3.65) is borne by the party who placed the first order for said transcript.

LESS DISCOUNT FOR LATE DELIVERY
ADD AMOUNT OF DEPOSIT
AMOUNT DUE (OR REFUND)  1,599.40

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE OF OFFICIAL COURT REPORTER               DATE  02/01/2010

DISTRIBUTION:  TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

| | | |
|---|---|---|
| Standard Form No. 1157<br>7 GAC 1 5920<br>1157-103 | **CLAIM FOR FEES<br>AND MILEAGE OF WITNESS** | Sheet No. 1<br>Case No. 06-cv-0715 |

(ATTACH TO STANDARD FORM NO. 1156)  U.S. Equal Employment Opportunity Comm.
Department, Bureau, or Establishment

Name  Lilly Brown    Address  3703 S. 63rd Street, Kenosha, WI 53142

Dates of travel  11/17/09    Dates of attendance  11/17/09

Date and hour discharged from further attendance  11/17/09

For travel from  Kenosha, WI  to  Milwaukee, WI  and return

Via (mode of travel must be specified)

| | DOLLARS | CENTS | NOTATIONS |
|---|---|---|---|
| 76.3 miles traveled at 55 cents per mile (number of round trips 1) | | | |
| 1 days in attendance and time necessarily occupied in going to and returning from place of attendance at $ 40.00 per day | | | |
| days in attendance and time necessarily occupied in going to and returning from place of attendance at $ ____ per day in lieu of subsistence | | | |
| AMOUNT CLAIMED | | | |
| Less: Amount previously advanced | | | |
| NET AMOUNT DUE | 81 | 96 | |

I certify that the amounts claimed above are correct and just; that payment has not been received; and that at time of travel and attendance I was NOT a salaried employee of the Government or a detained witness.

(Payee will NOT use this space)
Differences

Account verified; correct for
Signature or initials    Paid by Check No.

SIGN ORIGINAL ONLY   _Lilly Brown_
(Payee's signature)

Approved for $ _____    By _____

Date _____    Title _____

U.S. GOVERNMENT PRINTING OFFICE: 1994-O-387340