# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,
    Plaintiff,

v.                                 Case No. 06-C-0715

MANAGEMENT HOSPITALITY OF
RACINE, INC., et al,
    Defendants.

## ORDER

1. Based on the evidence adduced in plaintiff's motion for order to show cause, the motion is **GRANTED** to the extent that Flipmeastack, Inc. is ordered to show cause why it should not be held in contempt of the injunction entered in this case at a hearing to be held on **May 20, 2011, at 11:15 a.m.**, in Courtroom 390 of the United States Courthouse, 517 East Wisconsin Avenue, Milwaukee, Wisconsin.

2. Defendants may file a motion for stay of the injunction pending appeal on or before **May 3, 2011**. Plaintiff's response is due by **May 10, 2011**.

**SO ORDERED** at Milwaukee, Wisconsin, this 26th day of April, 2011.

                                              /s
                                              LYNN ADELMAN
                                              District Judge